# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Mark Miller )
)
vs. ) Case Number: 14-3084
)
)
Debra Smilie Blomgren )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Defendant and against the Plaintiff without prejudice for failure to exhaust available state court remedies.

Dated: 4-7-14

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court

