FILED
APR 29 2015
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Kenneth A. Wells
Clerk, U.S. District Court

On 2/9/2015 my motion for Clarification of final Order was filed. I am writing to check the status of this motion, and any decision made on this motion.

Miller V. Blomgren
3:14-CV-03084-JBM-JEH

Mark Miller
Dept. of Human Services
Treatment & Detention Facility
17019 County Farm Road
Rushville, Ill. 62681